# FRANKFORT & KOLTUN
*Attorneys at Law*
2061 Deer Park Avenue
Deer Park, New York 11729

ROBERT D. FRANKFORT
SCOTT A. KOLTUN*

*also member of California Bar*

Phone: (631) 242-7815
Fax: (631) 586-6029**

** not for service

January 18, 2008



**VIA FACSIMILE NO.: (212) 805-7927**
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

JAN 1 8 2008

Attn:  Hon. Naomi Reice Buchwald

Re:   KENNEDY v. ROBERTS
      07 Civ. 07766 (NRB)

Honorable Madam:

Please be advised that our firm will be appearing on behalf of Kenneth J. Roberts, the defendant in the above matter.

It is my understanding that there is a Conference scheduled for January 25, 2008. Unfortunately, I have a conflict that day and cannot attend said Conference. Accordingly, I request an adjournment of the Conference. I have spoken with plaintiff's counsel, Sandra Gale Behrle, and she has no objection to an adjournment of the Conference, and we have picked certain dates and times that are mutually convenient. They are as follows:

1. January 29, 2008    in the afternoon
2. February 1, 2008    all day
3. February 5, 2008    in the afternoon
4. February 6, 2008    in the afternoon
5. February 8, 2008    in the afternoon
6. February 12, 2008   all day

Please advise us if any of the above dates would work for the Court.

Additionally, please note that we will be filing an Answer to the Complaint in this matter. Plaintiff's counsel has indicated that they have no objection to giving us a two-week adjournment until February 1, 2008 to serve and file said Answer.

*The conference is adjourned until February 8, 2008 at 4:00 p.m.*
*So Ordered*
*[signature] 1/22/08*

January 18, 2008
Page 2 of 2

We would request a So-Ordering of this extension if that is permissible with the Court.

I am simultaneously sending a copy of this letter to Ms. Behrle.

We thank the Court for its consideration.

                              Respectfully submitted,

                              SCOTT A. KOLTUN
                              (sk7661)

SAK/jo

cc:    VIA FACSIMILE NO.: (212) 843-9191
       Cooper, Brown & Behrle, P.C.
       331 Madison Ave
       New York, NY 10017
       Attn:   Sandra Gale Behrle, Esq.