UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TESSA KENNEDY

                                 Plaintiff,                **RULE 7.1 STATEMENT**

       -against-                                    07 Civ. 7766 (NRB) (KNF)

KENNETH J. ROBERTS,

                                 Defendant.
------------------------------------------------------------------X

        Pursuant to Fed. R. Civ. P. 7.1 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KENNETH J. ROBERTS certifies that KENNETH J. ROBERTS is an individual and no corporations are involved.

DATED:     Deer Park, New York
               February 1, 2008

                                                                Yours, etc.,

                                                                FRANKFORT & KOLTUN, ESQS.

                                                                 By: _____
                                                                  SCOTT A. KOLTUN (SK 7661)
                                                              Attorneys for Defendant
                                                             Office and P.O. Address
                                                            2061 Deer Park Avenue
                                                            Deer Park, New York 11729
                                                           (631) 242-7815

TO:    COOPER, BROWN & BEHRLE, P.C.
        Attorneys for Plaintiff
        Office and P.O. Address
        331 Madison Ave
        New York, NY 10017
        (212) 957-9000

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF SUFFOLK        )

JESSICA L. O'SULLIVAN, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age, and resides in Suffolk County, New York.

That on the 1st day of February, 2008, deponent served the within RULE 7.1 STATEMENT upon the following attorneys, at the following addresses designated by said attorneys for that purpose by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York:

COOPER, BROWN & BEHRLE, P.C.
Attorneys for Plaintiff
331 Madison Ave
New York, NY 10017

_____
JESSICA L. O'SULLIVAN

Sworn to before me this
1st day of February, 2008.

_____
Notary Public

SCOTT A. KOLTUN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4964235
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES ON  3/26/10

Index No. 7766    Year 07 (NRB) (KNB) RJI No.    Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TESSA KENNEDY

                         Plaintiff,

    -against-

KENNETH J. ROBERTS,

                         Defendant.

## RULE 7.1 STATEMENT

**FRANKFORT & KOLTUN**
*Attorneys for* Defendant

Office and Post Office Address, Telephone
2061 Deer Park Avenue
DEER PARK, NEW YORK 11729
(631) 242-7815

To

Attorney(s) for

Signature (Rule 130-1.1-a)

Print name beneath

Service of a copy of the within            is hereby admitted.

Dated,

Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order          of which the within is a true copy will be presented for
settlement to the HON.                                     one of the judges
of the within named court, at
on                     at            M

Dated,

                                            Yours, etc.
                               **FRANKFORT & KOLTUN**
                              *Attorneys for*

To

                                    Office and Post Office Address