CRAIG M. RANKIN (SBN 169844)
DAVID B. GOLUBCHIK (State Bar No. 185520)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Attorneys for Debtor in Bankruptcy


UNITED STATES DISTRICT COURT
Southern District of New York


| | |
|---|---|
| TESSA KENNEDY, | ) Civil Action No. <br> ) 07 Civ. 7766 (NRB) (KNF) <br> ) |
| Plaintiff, | ) **NOTICE OF FILING OF PETITION** <br> ) **FOR RELIEF UNDER CHAPTER 11** |
| vs. | ) **OF THE UNITED STATES** <br> ) **BANKRUPTCY CODE, 11 U.S.C. §** |
| KENNETH J. ROBERTS, | ) **101, ET. SEQ., AND AUTOMATIC** <br> ) **STAY** |
| Defendant. | ) <br> ) [No Hearing Required] <br> ) <br> ) |

**PLEASE TAKE NOTICE** that on November 5, 2007, BLOOMFIELD ESTATE, LLC

("Bloomfield"), commenced a voluntary Chapter 11 bankruptcy case in the United States

Bankruptcy Court for the Central District of California, Los Angeles Division.  Bloomfield's

voluntary petition was assigned Bankruptcy Case No. 2:07-bk-20197-SB and is pending before

the Honorable Samuel Bufford, United States Bankruptcy Judge.  Although Bloomfield is not a

named party in the above-referenced litigation, Bloomfield is filing this Notice based on the fact

that Bloomfield is the owner of the mortgage which is the subject of the underlying litigation

and any action with respect to property of Bloomfield's bankruptcy estate, including the subject

mortgage, is stayed as discussed below.

Your attention is directed to 11 U.S.C. § 362, which provides for an automatic stay against:

(1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the case under Title 11; or to recover a claim against the Debtor that arose before the commencement of the case under the Bankruptcy Code;

(2)    the enforcement, against the Debtor or against property of the Debtor's estate, of a judgment obtained before the commencement of the case under the Bankruptcy Code;

(3)    any act to obtain possession of property of the Debtor's estate or of property from the estate, or to exercise dominion or control over property of the estate;

(4)    any act to create, perfect, or enforce any lien against property of the estate;

(5)    any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under Title 11;

(6)    any act to collect, assess, or recover a claim against the Debtor that arose before the commencement of the case under Title 11;

(7)    the setoff of any debt owing to the Debtor that arose before the commencement of the case under Title 11 against any claim against the Debtor; and

(8)    the commencement or continuation of a proceeding before the United States Tax Court concerning the Debtor.

The automatic injunction granted by § 362(a) will remain in effect until the bankruptcy case is dismissed or closed or until such earlier times as set forth in Bankruptcy Code §§ 362(c), (d), (e) and (f).

Levene, Neale, Bender, Rankin & Brill L.L.P. is the Debtor's proposed counsel of record in the bankruptcy case, and is filing this Notice for information purposes only.  The filing of this Notice is not to be construed or deemed to be an appearance by Levene, Neale, Bender, Rankin & Brill L.L.P. as counsel of record for any party to the instant action.

**NOTICE IS HEREBY GIVEN** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay.  In addition, the Bankruptcy Court may award damages to compensate the Debtor for actual loss suffered arising out of a violation of the automatic stay.  See In re Computer Communications, Inc., 824 F.2d 725, 731 (9th Cir. 1987).

Dated:  Los Angeles, California
        February 1, 2008

                              LEVENE, NEALE, BENDER, RANKIN
                              & BRILL L.L.P.


                              By:_____
                                  DAVID B. GOLUBCHIK
                                  (California Bar. No. 185520)
                                  Proposed Bankruptcy Counsel
                                  For Bloomfield Estates, LLC,
                                  Debtor and Debtor in
                                  Possession