Sandra Gale Behrle (SGB 4652)
331 Madison Avenue, 2nd Floor
New York, New York 10017
Telephone: (212) 957-9000
Telefax:   (212) 843-9191
Email: cbblaw@aol.com

Attorneys for Plaintiff
Tessa Kennedy

UNITED STATES DISTRICT COURT
Southern District of New York
- - - - - - - - - - - - - - - - x
                                 :
TESSA KENNEDY,                   :    Civil Action No.
                                 :    07 Civ. 7766 (NRB)(KNF)
            Plaintiff,           :
                                 :    **NOTICE OF MOTION**
     -against-                   :    **FOR SUMMARY JUDGMENT**
                                 :
KENNETH J. ROBERTS,              :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE**, that upon the Affirmation of Sandra Gale Behrle, dated April 30, 2008 and all prior pleadings and proceedings herein, plaintiff, Tessa Kennedy, by her attorneys Cooper, Brown & Behrle, P.C., moves this Court pursuant to Fed.R.Civ.P. Rule 56 for summary judgment dismissing defendant's counterclaims as time barred.

Answering papers, if any, shall be served in accordance with Fed. R. Civ. P. and the Court's rules within ten (10) days of

receipt of this Notice.

Dated: New York, New York
      April 30, 2008

                                      COOPER, BROWN & BEHRLE, P.C.

                                      By: _____
                                      Sandra Gale Behrle (SGB 4652)
                                      Attorneys for Plaintiff
                                      331 Madison Avenue, 2nd Floor
                                      New York, New York 10017
                                      Telephone: (212) 957-9000
                                      Telefax:   (212) 843-9191

TO:

Scott A. Koltun, Esq.
Frankfort & Koltun
Attorneys for Defendant
2061 Deer Park Avenue
Deer Park, New York 11729