

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TESSA KENNEDY

               Plaintiff,

  - against -

KENNETH ROBERTS,

              Defendant.
------------------------------------X

O R D E R

07 Civ. 7766 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:    New York, New York
           May 22, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE